IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOSES BRIAN MOSS,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OR STATE OF HAWAII TREASURY TRUST FUND,<br><br>Defendant. | Case No. 22-cv-115-DKW-WRP<br><br>**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE** |

On March 21, 2022, *pro se* Plaintiff Moses Brian Moss filed a Complaint (Dkt. No. 1) in this Court that was not accompanied by either a filing fee or an application to proceed *in forma pauperis*. That same day, Moss was advised by the Court via Deficiency Order (Dkt. No. 2) that if he did not either pay the required filing fee of $350.00 and the administrative fee of $52.00 or submit a completed *in forma pauperis* application within twenty-eight days, his Complaint would be automatically dismissed. *See* 28 U.S.C. § 1914(a); District Court Miscellaneous Fee Schedule ¶ 14 (effective Dec. 1, 2020).

More than twenty-eight days have passed, and Moss has failed to either pay the filing and administrative fees or submit an *in forma pauperis* application. Therefore, the Court dismisses this action without prejudice for failure to prosecute or otherwise follow a court order. *See* Fed. R. Civ. P. 41(b); *Olivares v. Marshall*,

1

59 F.3d 109, 112 (9th Cir. 1995) (stating that the district court may dismiss a complaint for failure to pay partial filing fee); *In re Perroton*, 958 F.2d 889, 890 (9th Cir. 1992) (affirming dismissal of appeal of *pro se* litigant for failure to pay required filing fees).

## CONCLUSION

Consistent with the foregoing, the Complaint (Dkt. No. 1) is DISMISSED without prejudice.

IT IS SO ORDERED.

DATED: April 27, 2022 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

*Moses Brian Moss v. United States or State of Hawaii Treasury Trust Fund*; Civil No. 22-00115 DKW-WRP; **ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE**